THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES D. CLIFFORD, Appellant, v. JOHN J. SCANNELL, Fire Commissioner of the City of New York, Respondent.

*People ex rel. Clifford v. Scannell,* 74 App. Div. 406, affirmed.
(Argued January 5, 1903; decided January 20, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 19, 1902, which dismissed a writ of certiorari to review the proceedings of the defendant in dismissing the relator from the fire department of the city of New York and confirmed such proceedings.

*Nathaniel A. Elsberg* for appellant.

*George L. Rives, Corporation Counsel (Theodore Connoly* of counsel), for respondent.

Order affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.

------

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE TUPPER LAKE WATER COMPANY, Appellant, v. CHARLES H. SISSON et al., as Town Auditors of the Town of Altamont, Respondents.

*People ex rel. Tupper Lake W. Co.* v. *Sisson,* 75 App. Div. 138, affirmed.
(Argued January 6, 1903; decided January 20, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 16, 1902, which confirmed a determination of the defendants rejecting a claim of the relator for water furnished to the town of Altamont.

*John P. Badger* for appellant.

*John P. Kellas* for respondents.

Order affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.